AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

**SOUTHERN** **DISTRICT OF** **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Jose Bonilla

AKA: Jose Saul Bonilla

IAE  YOB: 1985
El Salvador
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

Case Number: M-18-1485-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __July 21, 2018__ in __Starr__ County, in the __Southern__ District of __Texas__
(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to El Salvador in pursuance of law, and thereafter was found near Rio Grande City, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)
I further state that I am a(n) __Senior Patrol Agent__ and that this complaint is based on the following facts:

Jose Bonilla was encountered by Border Patrol Agents near Rio Grande City, Texas on July 21, 2018. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on July 21, 2018, near Rio Grande City, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on May 09, 2018, through El Paso, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On June 09, 2018, the Defendant was convicted of 8 USC 1326 Illegal Re-Entry after Deportation and was sentenced to five (5) years probation.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on July 22, 2018.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. P. 4.1, and probable cause found on:

/s/ Mickel Gonzalez
Signature of Complainant

Sworn to before me and subscribed in my presence,

July 22, 2018 @ 2:34 p.m.

Mickel Gonzalez   Senior Patrol Agent

Juan F. Alanis  , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer